**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00868-CV

### DON A. MITCHELL, Appellant

### V.

### FREESE & GOSS, PLLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08251**

## ORDER

We **GRANT** appellant's December 18, 2015 unopposed second motion for an extension

of time to file a reply brief. Appellant shall file a reply brief by **JANUARY 11, 2016**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE